# SHADY GROVE SCHOOL

FRED FERGUSON  
*SUPERINTENDENT*

11042 W. Shady Grove Rd.  
HULBERT, OKLAHOMA  
74441

*Telephone:*  
*(918) 772-2511*  
*FAX # 772-2430*

TEMPORARY EMPLOYEE CONTRACT

This TEMPORARY EMPLOYMENT CONTRACT is made and entered into this 1st day of July, 2007, by and between Dependent School District C026 of Cherokee County, Oklahoma (hereinafter referred to as District) and Jacqueline Shade (hereinafter referred to as Temporary Employee).

WHEREAS, the position of teachers aide is temporarily required for the following reason: as needed.

WHEREAS, District desires to employ Temporary Employee to fill the position during the 2007-08 school year on a temporary basis for so long as needed without the right to a continuing contract;

The board agrees to pay the Teacher:

Base Salary.......................$ 11696.50  
Increments.......................$  
Other (Specify)..................$  
TOTAL SALARY....................$ 11696.50

payable by the month according to the district's regular payment schedule.

IT IS THEREFORE AGREED:

1. Temporary Employee shall be employed by District on a temporary basis beginning on July 1st, 2007 and ending no later than June 30, 2008.

2. Employee shall be assigned to the position of teachers aide.

3. Temporary Employee acknowledges and agrees that this a temporary position for the duration of the District's needs described hereinabove and that there is no right, expectation or entitlement to a continuing contract or other property right to employment beyond June 30, 2008.

Exhibit No. 3

# SHADY GROVE SCHOOL

FRED FERGUSON  
*SUPERINTENDENT*

11042 W. Shady Grove Rd.  
HULBERT, OKLAHOMA  
74441

*Telephone:*  
*(918) 772-2511*  
*FAX # 772-2430*

4. Temporary Employee acknowledges and agrees that Temporary Employee is not entitled to the rights and procedures set forth in the Teacher Due Process Act of 1990, 70 O.S. 1991, Section 6-101.20, et. seq., or to the rights and procedures set forth in District policies regarding dismissal, non-reemployment or reduction in force.

5. District shall pay such compensation and provide the fringe benefits to Temporary Employee set forth in Attachment A, which is attached to this agreement and incorporated by reference.

6. District shall pay such compensation to Temporary Employee in the same manner as it pays compensation to other employees employed in similar positions.

7. The Temporary Employee agrees to carry out the following obligations:

    a. To accept and perform the duties assigned by Superintendent and or the Temporary Employee's supervisor.

    b. To observe and comply with all rules, regulations, and policies of the Board of Education and Administration.

    c. To make all reports that are required of the Temporary Employee by the Superintendent, Administration and the Board of Education and to cooperate with the school authorities and coworkers in all matters relating to the operation of the District.

    d. To be in the location where the Temporary Employee is assigned during the hours designated by the Board unless previously excused by the Administration.

    e. To attend all meetings called by the superintendent or supervisor when the Temporary Employee's attendance is required.

    f. To keep fully qualified and/or certified throughout the term of the contract, at required by law.

g. To observe and comply with the provisions of the Oklahoma School Code and other applicable state and federal law, all of which are hereby made a part of this contract, except those provisions specifically excluded above.

h. To perform all conditions of employment.

Dated this _7_ day of _August_, 2007.

Temporary Employee:

_Jacqueline Shade_
Employee

_Tom L. Jenkins_
Clerk, Board of Education

_Elizabeth Calvin_
Member, Board of Education

_Fred Ferguson_
Superintendent of School

District:
_Mickey Graham_
President, Board of Education

# SHADY GROVE SCHOOL

FRED FERGUSON  
*SUPERINTENDENT*

11042 W. Shady Grove Rd.  
HULBERT, OKLAHOMA  
74441

*Telephone:*  
*(918) 772-2511*  
*FAX # 772-2430*

TEMPORARY EMPLOYEE CONTRACT

This TEMPORARY EMPLOYMENT CONTRACT is made and entered into this __1st__ day of __July__, 2008, by and between Dependent School District C026 of Cherokee County, Oklahoma (hereinafter referred to as District) and __Jacqueline Shade__ (hereinafter referred to as Temporary Employee).

WHEREAS, the position of __teachers aide__ is temporarily required for the following reason: __as needed__.

WHEREAS, District desires to employ Temporary Employee to fill the position during the __2008 - 2009__ school year on a temporary basis for so long as __needed__.

without the right to a continuing contract;

The board agrees to pay the Teacher:

Base Salary.......................$ __12868.00__  
Increments........................$ _____  
Other (Specify)...................$ _____  
TOTAL SALARY.................$ __12868.00__

payable by the month according to the district's regular payment schedule.

IT IS THEREFORE AGREED:

1. Temporary Employee shall be employed by District on a temporary basis beginning on __July 1st__, __2008__ and ending no later than __June 30__, __2009__.
2. Employee shall be assigned to the position of __teachers aide__.
3. Temporary Employee acknowledges and agrees that this a temporary position for the duration of the District's needs described hereinabove and that there is no right, expectation or entitlement to a continuing contract or other property right to employment beyond __June 30__, __2009__

# SHADY GROVE SCHOOL

FRED FERGUSON  
*SUPERINTENDENT*

11042 W. Shady Grove Rd.  
HULBERT, OKLAHOMA  
74441

*Telephone:*  
*(918) 772-2511*  
*FAX # 772-2430*

4. Temporary Employee acknowledges and agrees that Temporary Employee is not entitled to the rights and procedures set forth in the Teacher Due Process Act of 1990, 70 O.S. 1991, Section 6-101.20, et. seq., or to the rights and procedures set forth in District policies regarding dismissal, non-reemployment or reduction in force.

5. District shall pay such compensation and provide the fringe benefits to Temporary Employee set forth in Attachment A, which is attached to this agreement and incorporated by reference.

6. District shall pay such compensation to Temporary Employee in the same manner as it pays compensation to other employees employed in similar positions.

7. The Temporary Employee agrees to carry out the following obligations:
   a. To accept and perform the duties assigned by Superintendent and or the Temporary Employee's supervisor.
   
   b. To observe and comply with all rules, regulations, and policies of the Board of Education and Administration.
   
   c. To make all reports that are required of the Temporary Employee by the Superintendent, Administration and the Board of Education and to cooperate with the school authorities and coworkers in all matters relating to the operation of the District.
   
   d. To be in the location where the Temporary Employee is assigned during the hours designated by the Board unless previously excused by the Administration.
   
   e. To attend all meetings called by the superintendent or supervisor when the Temporary Employee's attendance is required.
   
   f. To keep fully qualified and/or certified throughout the term of the contract, at required by law.

g.  To observe and comply with the provisions of the Oklahoma School Code and other applicable state and federal law, all of which are hereby made a part of this contract, except those provisions specifically excluded above.

h.  To perform all conditions of employment.

Dated this ___7th___ day of ___August___, 2008.

Temporary Employee:

_Jacqueline Shade_
Employee

_Elizabeth Colvin_
Clerk, Board of Education

_Connie Anderson_
Member, Board of Education

_Fred Ferguson_
Superintendent of School

District:

_Micky Graham_
President, Board of Education

# SHADY GROVE SCHOOL
11042 West Shady Grove Road
Hulbert, Oklahoma 74441
918-772-2511
Fax 918-772-2430

## TEMPORARY EMPLOYEE CONTRACT

This *TEMPORARY EMPLOYEE CONTRACT* is made and entered into this _1st_ day of _July_, _2009_, by and between School District C026 of Cherokee County, Oklahoma (hereinafter referred to as District) and _Jacqueline Shade_ (hereinafter referred to as Temporary Employee).

WHEREAS, the position of _Teachers aide_ is temporarily required for the following reason _as needed_.

WHEREAS, District desires to employ Temporary Employee to fill the position during the 20_09_-20_10_ school year on a temporary basis for so long as _needed_ without the right to a continuing contract.

The District agrees to pay the Temporary Employee:
- Base Salary..........................$ _13515.00_
- Increments..........................$ _—_
- Other (specify)......................$ _—_
- Total Salary.........$ _13515.00_

payable by the month according to the District's regular payment schedule.

*IT IS THEREFORE AGREED:*

1. Temporary Employee shall be employed by District on a temporary basis beginning on _July 1, 2009_ and ending no later than _June 30, 2010_.
2. Temporary Employee shall serve position as described above or as assigned by administration.
3. Temporary Employee acknowledges and agrees that this is a temporary position for the duration of the District's needs described here-in-above and that there is no right, expectation or entitlement to a continuing contract or other property right to employment beyond _June 30, 2010_.
4. Temporary Employee acknowledges and agrees that Temporary Employee is not entitled to the rights and procedures set forth in the Teacher Due Process Act of 1990, 70 O.S. 1991, Section 6-101.20, et. Seq., or to the rights and procedures set forth in District policies regarding dismissal, non-reemployment or reduction in force (RIF).
5. District shall pay such compensation and provide the fringe benefits to Temporary Employee as set forth in this contract.

6. District shall pay such compensation to Temporary Employee in the same manner as it pays compensation to other employees employed in similar positions.
7. The Temporary Employee agrees to carry out the following obligations:
    a. To accept and perform the duties assigned by Superintendent and or the Temporary Employee's supervisor.
    b. To observe and comply with all rules, regulations, and policies of the Board of Education and Administration.
    c. To make all reports that are required of the Temporary Employee by the Superintendent, Administration and the Board of Education and to cooperate with the school authorities and co-workers in all matters relating to the operation of the District.
    d. To be in the location where the Temporary Employee is assigned during the hours designated by the Board unless previously excused by the Administration.
    e. To attend all meetings called by the Superintendent or supervisor when the Temporary Employee's attendance is required.
    f. To keep fully qualified and/or certified, as required by law, throughout the term of the contract.
    g. To observe and comply with the provisions of the Oklahoma School Code and other applicable state and federal laws, all of which are hereby made a part of this contract, except those provisions specifically excluded above.
    h. To perform all conditions of employment.

Dated this _____ day of _____, _____.

Temporary Employee:    District:

_Jacqueline Shade_    _Micky Bchaan_
Employee    President, Board of Education

   _Elizabeth Colvin_
   Clerk, Board of Education

   _____
   Member, Board of Education

   _Fred Ferguson_
   Superintendent

# SHADY GROVE SCHOOL
11042 West Shady Grove Road
Hulbert, Oklahoma 74441
918-772-2511
Fax 918-772-2430

## TEMPORARY EMPLOYEE CONTRACT

This *TEMPORARY EMPLOYEE CONTRACT* is made and entered into this 1st day of July, 2010, by and between School District C026 of Cherokee County, Oklahoma (hereinafter referred to as District) and Jacqueline Shade (hereinafter referred to as Temporary Employee).

WHEREAS, the position of teacher aide is temporarily required for the following reason as needed.

WHEREAS, District desires to employ Temporary Employee to fill the position during the 2010-2011 school year on a temporary basis for so long as needed without the right to a continuing contract.

The District agrees to pay the Temporary Employee:
Base Salary..........................$13637.50
Increments..........................$
Other (specify)....................$
Total Salary.........$13637.50

payable by the month according to the District's regular payment schedule.

*IT IS THEREFORE AGREED:*
1. Temporary Employee shall be employed by District on a temporary basis beginning on July 1, 2010 and ending no later than June 30, 2011.
2. Temporary Employee shall serve position as described above or as assigned by administration.
3. Temporary Employee acknowledges and agrees that this is a temporary position for the duration of the District's needs described here-in-above and that there is no right, expectation or entitlement to a continuing contract or other property right to employment beyond June 30, 2011.
4. Temporary Employee acknowledges and agrees that Temporary Employee is not entitled to the rights and procedures set forth in the Teacher Due Process Act of 1990, 70 O.S. 1991, Section 6-101.20, et. Seq., or to the rights and procedures set forth in District policies regarding dismissal, non-reemployment or reduction in force (RIF).
5. District shall pay such compensation and provide the fringe benefits to Temporary Employee as set forth in this contract.

6. District shall pay such compensation to Temporary Employee in the same manner as it pays compensation to other employees employed in similar positions.
7. The Temporary Employee agrees to carry out the following obligations:
    a. To accept and perform the duties assigned by Superintendent and or the Temporary Employee's supervisor.
    b. To observe and comply with all rules, regulations, and policies of the Board of Education and Administration.
    c. To make all reports that are required of the Temporary Employee by the Superintendent, Administration and the Board of Education and to cooperate with the school authorities and co-workers in all matters relating to the operation of the District.
    d. To be in the location where the Temporary Employee is assigned during the hours designated by the Board unless previously excused by the Administration.
    e. To attend all meetings called by the Superintendent or supervisor when the Temporary Employee's attendance is required.
    f. To keep fully qualified and/or certified, as required by law, throughout the term of the contract.
    g. To observe and comply with the provisions of the Oklahoma School Code and other applicable state and federal laws, all of which are hereby made a part of this contract, except those provisions specifically excluded above.
    h. To perform all conditions of employment.

Dated this _____ day of _____, _____.

Temporary Employee: *Jacqueline Shade*
Employee

District: *[signature]*
President, Board of Education

*Elizabeth Colvin*
Clerk, Board of Education

_____
Member, Board of Education

*Fred Ferguson*
Superintendent