# SHADY GROVE SCHOOL

FRED FERGUSON
SUPERINTENDENT

11042 W. Shady Grove Rd.
HULBERT, OKLAHOMA
74441

Telephone:
(918) 772-2511
FAX # 772-2430

TEMPORARY EMPLOYEE CONTRACT

This TEMPORARY EMPLOYMENT CONTRACT is made and entered into this **1st** day of **July**, **2007**, by and between Dependent School District CQ26 of Cherokee County, Oklahoma (hereinafter referred to as District) and **Jacqueline Shade** (hereinafter referred to as Temporary Employee).

WHEREAS, the position of **teachers aide** is temporarily required for the following reason: **as needed**.

WHEREAS, District desires to employ Temporary Employee to fill the position during the **2007 08** school year on a temporary basis for so long as **needed** without the right to a continuing contract;

The board agrees to pay the Teacher:

Base Salary.......................$ **11696.50**
Increments......................$
Other (Specify)................$
TOTAL SALARY............$ **11696.50**

payable by the month according to the district's regular payment schedule.

IT IS THEREFORE AGREED:

1. Temporary Employee shall be employed by District on a temporary basis beginning on **July 1st**, **2007** and ending no later than **June 30**, **2008**.
2. Employee shall be assigned to the position of **teachers aide**.
3. Temporary Employee acknowledges and agrees that this a temporary position for the duration of the District's needs described here-inabove and that there is no right, expectation or entitlement to a continuing contract or other property right to employment beyond **June 30, 2008**.

# SHADY GROVE SCHOOL

FRED FERGUSON  
*SUPERINTENDENT*

11042 W. Shady Grove Rd.  
HULBERT, OKLAHOMA  
74441

*Telephone:*  
(918) 772-2511  
FAX # 772-2430

4. Temporary Employee acknowledges and agrees that Temporary Employee is not entitled to the rights and procedures set forth in the Teacher Due Process Act of 1990, 70 O.S. 1991, Section 6-101.20, et. seq., or to the rights and procedures set forth in District policies regarding dismissal, non-reemployment or reduction in force.

5. District shall pay such compensation and provide the fringe benefits to Temporary Employee set forth in Attachment A, which is attached to this agreement and incorporated by reference.

6. District shall pay such compensation to Temporary Employee in the same manner as it pays compensation to other employees employed in similar positions.

7. The Temporary Employee agrees to carry out the following obligations:
    a. To accept and perform the duties assigned by Superintendent and or the Temporary Employee's supervisor.

    b. To observe and comply with all rules, regulations, and policies of the Board of Education and Administration.

    c. To make all reports that are required of the Temporary Employee by the Superintendent, Administration and the Board of Education and to cooperate with the school authorities and coworkers in all matters relating to the operation of the District.

    d. To be in the location where the Temporary Employee is assigned during the hours designated by the Board unless previously excused by the Administration.

    e. To attend all meetings called by the superintendent or supervisor when the Temporary Employee's attendance is required.

    f. To keep fully qualified and/or certified throughout the term of the contract, at required by law.

g. To observe and comply with the provisions of the Oklahoma School Code and other applicable state and federal law, all of which are hereby made a part of this contract, except those provisions specifically excluded above.

h. To perform all conditions of employment.

Dated this 7 day of August, 2007.

Temporary Employee:

*Jacqueline Shade*
Employee

*Dom L. Jenkins*
Clerk, Board of Education

*Elizabeth Colvin*
Member, Board of Education

*Fred Ferguson*
Superintendent of School

District: *Mickey Graham*
President, Board of Education

# SHADY GROVE SCHOOL

FRED FERGUSON
SUPERINTENDENT

11042 W. Shady Grove Rd.
HULBERT, OKLAHOMA
74441

Telephone:
(918) 772-2511
FAX # 772-2430

TEMPORARY EMPLOYEE CONTRACT

This TEMPORARY EMPLOYMENT CONTRACT is made and entered into this 1st day of July, 2008, by and between Dependent School District C026 of Cherokee County, Oklahoma (hereinafter referred to as District) and Jacqueline Shade (hereinafter referred to as Temporary Employee).

WHEREAS, the position of teachers aide is temporarily required for the following reason: as needed.

WHEREAS, District desires to employ Temporary Employee to fill the position during the 2008-2009 school year on a temporary basis for so long as needed, without the right to a continuing contract;

The board agrees to pay the Teacher:

Base Salary.............................$ 12868.00
Increments.............................$
Other (Specify).........................$
TOTAL SALARY..........................$ 12868.00

payable by the month according to the district's regular payment schedule.

IT IS THEREFORE AGREED:

1. Temporary Employee shall be employed by District on a temporary basis beginning on July 1st, 2008 and ending no later than June 30, 2009
2. Employee shall be assigned to the position of teachers aide.
3. Temporary Employee acknowledges and agrees that this a temporary position for the duration of the District's needs described hereinabove and that there is no right, expectation or entitlement to a continuing contract or other property right to employment beyond June 30, 2009

# SHADY GROVE SCHOOL

FRED FERGUSON  
SUPERINTENDENT

11042 W. Shady Grove Rd.  
HULBERT, OKLAHOMA  
74441

Telephone:  
(918) 772-2511  
FAX # 772-2430

4. Temporary Employee acknowledges and agrees that Temporary Employee is not entitled to the rights and procedures set forth in the Teacher Due Process Act of 1990, 70 O.S. 1991, Section 6-101.20, et. seq., or to the rights and procedures set forth in District policies regarding dismissal, non-reemployment or reduction in force.

5. District shall pay such compensation and provide the fringe benefits to Temporary Employee set forth in Attachment A, which is attached to this agreement and incorporated by reference.

6. District shall pay such compensation to Temporary Employee in the same manner as it pays compensation to other employees employed in similar positions.

7. The Temporary Employee agrees to carry out the following obligations:

    a. To accept and perform the duties assigned by Superintendent and or the Temporary Employee's supervisor.

    b. To observe and comply with all rules, regulations, and policies of the Board of Education and Administration.

    c. To make all reports that are required of the Temporary Employee by the Superintendent, Administration and the Board of Education and to cooperate with the school authorities and coworkers in all matters relating to the operation of the District.

    d. To be in the location where the Temporary Employee is assigned during the hours designated by the Board unless previously excused by the Administration.

    e. To attend all meetings called by the superintendent or supervisor when the Temporary Employee's attendance is required.

    f. To keep fully qualified and/or certified throughout the term of the contract, at required by law.

g. To observe and comply with the provisions of the Oklahoma School Code and other applicable state and federal law, all of which are hereby made a part of this contract, except those provisions specifically excluded above.

h. To perform all conditions of employment.

Dated this 7th day of August, 2008.

Temporary Employee:

*Jacqueline Shade*
Employee

*Elizabeth Colvin*
Clerk, Board of Education

*Connie Anderson*
Member, Board of Education

*Fred Ferguson*
Superintendent of School

District:

*Micky Graham*
President, Board of Education

# SHADY GROVE SCHOOL
11042 West Shady Grove Road
Hulbert, Oklahoma 74441
918-772-2511
Fax 918-772-2430

## TEMPORARY EMPLOYEE CONTRACT

This *TEMPORARY EMPLOYEE CONTRACT* is made and entered into this __1st__ day of __July__, __2009__, by and between School District C026 of Cherokee County, Oklahoma (hereinafter referred to as District) and __Jacqueline Shade__ (hereinafter referred to as Temporary Employee).

WHEREAS, the position of __teachers aide__ is temporarily required for the following reason __as needed__.

WHEREAS, District desires to employ Temporary Employee to fill the position during the 20__09__-20__10__ school year on a temporary basis for so long as __needed__ without the right to a continuing contract.

The District agrees to pay the Temporary Employee:
- Base Salary..........................$ __13515.00__
- Increments..........................$ __—__
- Other (specify).....................$ __—__
- Total Salary.........$ __13515.00__

payable by the month according to the District's regular payment schedule.

*IT IS THEREFORE AGREED:*

1. Temporary Employee shall be employed by District on a temporary basis beginning on __July 1, 2009__ and ending no later than __June 30, 2010__.
2. Temporary Employee shall serve position as described above or as assigned by administration.
3. Temporary Employee acknowledges and agrees that this is a temporary position for the duration of the District's needs described here-in-above and that there is no right, expectation or entitlement to a continuing contract or other property right to employment beyond __June 30, 2010__.
4. Temporary Employee acknowledges and agrees that Temporary Employee is not entitled to the rights and procedures set forth in the Teacher Due Process Act of 1990, 70 O.S. 1991, Section 6-101.20, et. Seq., or to the rights and procedures set forth in District policies regarding dismissal, non-reemployment or reduction in force (RIF).
5. District shall pay such compensation and provide the fringe benefits to Temporary Employee as set forth in this contract.

6. District shall pay such compensation to Temporary Employee in the same manner as it pays compensation to other employees employed in similar positions.
7. The Temporary Employee agrees to carry out the following obligations:
   a. To accept and perform the duties assigned by Superintendent and or the Temporary Employee's supervisor.
   b. To observe and comply with all rules, regulations, and policies of the Board of Education and Administration.
   c. To make all reports that are required of the Temporary Employee by the Superintendent, Administration and the Board of Education and to cooperate with the school authorities and co-workers in all matters relating to the operation of the District.
   d. To be in the location where the Temporary Employee is assigned during the hours designated by the Board unless previously excused by the Administration.
   e. To attend all meetings called by the Superintendent or supervisor when the Temporary Employee's attendance is required.
   f. To keep fully qualified and/or certified, as required by law, throughout the term of the contract.
   g. To observe and comply with the provisions of the Oklahoma School Code and other applicable state and federal laws, all of which are hereby made a part of this contract, except those provisions specifically excluded above.
   h. To perform all conditions of employment.

Dated this _____ day of _____, _____.

Temporary Employee:

_Jacqueline Shade_
Employee

District:

_Misty Ingham_
President, Board of Education

_Elizabeth Colvin_
Clerk, Board of Education

_____
Member, Board of Education

_Fred Ferguson_
Superintendent

# SHADY GROVE SCHOOL
*11042 West Shady Grove Road*
*Hulbert, Oklahoma 74441*
*918-772-2511*
*Fax 918-772-2430*

## TEMPORARY EMPLOYEE CONTRACT

This *TEMPORARY EMPLOYEE CONTRACT* is made and entered into this 1st day of July, 2010, by and between School District C026 of Cherokee County, Oklahoma (hereinafter referred to as District) and Jacqueline Shade (hereinafter referred to as Temporary Employee).

WHEREAS, the position of teacher aide is temporarily required for the following reason as needed.

WHEREAS, District desires to employ Temporary Employee to fill the position during the 2010-2011 school year on a temporary basis for so long as needed without the right to a continuing contract.

The District agrees to pay the Temporary Employee:
Base Salary........................$13637.50
Increments........................$
Other (specify)..................$
Total Salary........$13637.50
payable by the month according to the District's regular payment schedule.

*IT IS THEREFORE AGREED:*

1. Temporary Employee shall be employed by District on a temporary basis beginning on July 1, 2010 and ending no later than June 30, 2011.
2. Temporary Employee shall serve position as described above or as assigned by administration.
3. Temporary Employee acknowledges and agrees that this is a temporary position for the duration of the District's needs described here-in-above and that there is no right, expectation or entitlement to a continuing contract or other property right to employment beyond June 30, 2011.
4. Temporary Employee acknowledges and agrees that Temporary Employee is not entitled to the rights and procedures set forth in the Teacher Due Process Act of 1990, 70 O.S. 1991, Section 6-101.20, et. Seq., or to the rights and procedures set forth in District policies regarding dismissal, non-reemployment or reduction in force (RIF).
5. District shall pay such compensation and provide the fringe benefits to Temporary Employee as set forth in this contract.

6. District shall pay such compensation to Temporary Employee in the same manner as it pays compensation to other employees employed in similar positions.
7. The Temporary Employee agrees to carry out the following obligations:
    a. To accept and perform the duties assigned by Superintendent and or the Temporary Employee's supervisor.
    b. To observe and comply with all rules, regulations, and policies of the Board of Education and Administration.
    c. To make all reports that are required of the Temporary Employee by the Superintendent, Administration and the Board of Education and to cooperate with the school authorities and co-workers in all matters relating to the operation of the District.
    d. To be in the location where the Temporary Employee is assigned during the hours designated by the Board unless previously excused by the Administration.
    e. To attend all meetings called by the Superintendent or supervisor when the Temporary Employee's attendance is required.
    f. To keep fully qualified and/or certified, as required by law, throughout the term of the contract.
    g. To observe and comply with the provisions of the Oklahoma School Code and other applicable state and federal laws, all of which are hereby made a part of this contract, except those provisions specifically excluded above.
    h. To perform all conditions of employment.

Dated this _____ day of _____, _____.

Temporary Employee:                             District:

*Jacqueline Shade*                              *Micky Graham*
Employee                                        President, Board of Education

                                                *Elizabeth Calvin*
                                                Clerk, Board of Education

                                                _____
                                                Member, Board of Education

                                                *Fred Ferguson*
                                                Superintendent